Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA BECKWITH, Respondent, for Compensation for Herself for the Death of WILLIAM BECKWITH, under the Workmen's Compensation Law, v. BASTIAN BROS. COMPANY, Employer, Appellant, and ROYAL INDEMNITY COMPANY, Insurer, Appellant.— Award unanimously affirmed.